UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY LEE MITCHELL, | ) | CASE NO. 2:16-cv-02002-GW-AFM |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] STIPULATED** |
| | ) | **PROTECTIVE ORDER** |
| vs. | ) | **REGARDING RELEASE OF** |
| | ) | **PROTECTED HEALTH** |
| ACCORDIA LIFE AND ANNUITY | ) | **INFORMATION** |
| COMPANY, an Iowa corporation; | ) | |
| and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the Stipulation of the Parties, good cause appearing therein,

IT IS HEREBY ORDERED, as follows:

1. This order shall serve to grant the parties the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or

[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING RELEASE
OF PROTECTED HEALTH INFORMATION

other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA") (codified as amended in scattered sections of 42 U.S.C.), any and all information relating to the past, present, or future medical condition of Ronnie Lee, also known as Ronny Lee, deceased, date of birth August 21, 1972, Social Security Number 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, the insured under the purported policy of insurance at issue in this matter, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

2. This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i). The parties are EXPRESSLY PROHIBITED from using or disclosing the protected health information obtained pursuant to this Paragraph for any purpose other than this action, notwithstanding any other provision in this Order. Further, the parties are ORDERED to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING RELEASE OF PROTECTED HEALTH INFORMATION

13. **Persons Bound.** This Order shall take effect when entered and shall be binding upon: (1) counsel who signed below and their respective law firms; and (2) their respective clients.

IT IS SO ORDERED.

Dated: 9/30/2016

_____
ALEXANDER F. MACKINNON
United States Magistrate Judge

[PROPOSED] STIPULATED PROTECTIVE ORDER REGARDING RELEASE OF PROTECTED HEALTH INFORMATION